FILED
January 18, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          )   Case No. 2:13CR00006-KJM
            Plaintiff,    )
v.                        )   ORDER FOR RELEASE OF
                          )   PERSON IN CUSTODY
DALJIT KAUR SANGHA,       )
                          )
            Defendant.    )

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release __DALJIT KAUR SANGHA__, Case No. __2:13CR00006-KJM__, Charge __18 USC 1341__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   ___  Release on Personal Recognizance

   _X_  Bail Posted in the Sum of $ 25,000.00

        _X_  Unsecured Appearance Bond

        ___  Appearance Bond with 10% Deposit

        ___  Appearance Bond with Surety

        ___  Corporate Surety Bail Bond

        _X_  (Other) Pretrial Services Supervision and Conditions

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __January 18, 2013__ at 3:42 pm.

By _____Dale A. Drozd_____
   Dale A. Drozd
   United States Magistrate Judge