UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Morrison C. England Jr.<br>Chief United States District Judge<br>Sacramento, California | RE:  **Daljit Kaur Sangha**<br>       **Docket Number:  0972 2:13CR00006-003**<br>       <u>**PERMISSION TO TRAVEL**</u><br>       <u>**OUTSIDE THE COUNTRY**</u> |

Your Honor:

Daljit Kaur Sangha is requesting permission to travel to Kandhali and Nabarangpur India.   Daljit Kaur Sangha is current with all supervision obligations, including consistent restitution payments of $200 per month.  Her sister will arrange for all traveling expenses so as not to interfere with Ms. Sangha's restitution payments.  The probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On May 22, 2014, Daljit Kaur Sangha was sentenced for the offense(s) of 18 USC 1341 – Mail Fraud (Class C Felony).

**Sentence Imposed:**  Thirty six months (36) probation.  Special conditions included warrantless search, financial disclosure and restrictions, $100 special assessment, and $44,613.88 restitution.

**Dates and Mode of Travel:**  March 12, 2016 to April 12, 2016.  Airline tickets will be secured upon approval of this travel request.

**Purpose:**  To visit with family and attend a family wedding.

1

RE: **Daljit Kaur Sangha**
    **Docket Number:  0972 2:13CR00006-003**
    **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,
/s/ Michael A. Sipe

Michael A. Sipe

Supervising United States Probation Officer

Dated:   January 12, 2016
         Roseville, California

---

## ORDER OF THE COURT

☒   Approved       ☐   Disapproved

Dated:  **January 14, 2016**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT